IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL A. GONZALEZ, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT GLUNT, et al. | : | No. 11-4443 |

**ORDER**

AND NOW, this 6th day of April, 2012, upon consideration of the Petition for Writ of Habeas Corpus, Petitioner's Memorandum of Law, the Commonwealth's Answer, inclusive of all exhibits thereto, the Commonwealth's Memorandum in Support of Commonwealth's Answer to Petition for Writ of Habeas Corpus, Petitioner's Traverse and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's Objections are overruled.

3. Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing: and

4. Petitioner has not met statutory requirements to have his case heard, and this procedural ruling is not debatable; a certificate of appealability is DENIED.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.